UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LISA ROSSELLO,

    Plaintiff,

v.                                                                Case No.: 8:20-cv-977-AAS

ANDREW M. SAUL,
**Commissioner of Social Security,**

    **Defendant.**
_____/

## ORDER

The Commissioner of Social Security (Commissioner) moves to remand this case for further action under sentence four of 42 U.S.C. § 405(g). (Doc. 23). This request is unopposed. (*Id.* at p. 1).

Accordingly, the decision of the Commissioner is reversed under sentence four of 42 U.S.C. § 405(g) and remanded with these instructions:

> [T]he Appeals Council will forward the case to an administrative law judge (ALJ), who will be instructed to: 1) update the medical record; 2) give further consideration to whether Plaintiff has past relevant work and whether she can perform that work within the limitations of her residual functional capacity (RFC) consistent with agency policy; 3) if necessary, to hold a supplemental hearing and obtain supplemental evidence from a vocational expert; and 4) before relying on the vocational expert evidence, identify and resolve any conflicts in compliance with agency policy and Social Security Rulings 83-14 and 00-4p.

The Clerk of the Court is directed to enter judgment in favor of the plaintiff and close the file.

**ORDERED** in Tampa, Florida on May 24, 2021.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge